Mayfair Lane, Inc. v Sutton (2025 NY Slip Op 00531)

Mayfair Lane, Inc. v Sutton

2025 NY Slip Op 00531

Decided on January 31, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on January 31, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: BANNISTER, J.P., SMITH, OGDEN, NOWAK, AND HANNAH, JJ.

88 CA 24-00773

[*1]MAYFAIR LANE, INC., PLAINTIFF-APPELLANT,
v
NOEL SUTTON, DEFENDANT-RESPONDENT. 

COLLIGAN LAW LLP, BUFFALO (ERICK D. KRAEMER OF COUNSEL), FOR PLAINTIFF-APPELLANT.
WOODS OVIATT GILMAN LLP, BUFFALO (BRIAN D. GWITT OF COUNSEL), FOR DEFENDANT-RESPONDENT. 

 Appeal from an order of the Supreme Court, Erie County (Mary L. Slisz, J.), entered October 20, 2023. The order, insofar as appealed from, granted the motion of defendant to vacate a notice of pendency. 
It is hereby ORDERED that the order so appealed from is unanimously affirmed without costs.
Entered: January 31, 2025
Ann Dillon Flynn
Clerk of the Court